McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Dana B. Denno, #227971
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TAMMY GUTIERREZ,<br><br>            Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION and DOES 1 through 25, inclusive,<br><br>            Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (b) (DIVERSITY)** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, TARGET CORPORATION, hereby removes the above-entitled action from the Superior Court of the State of California for the County of Kern, Case No. BCV-21-100947 to the United States District Court, Eastern District of California, pursuant to 28 U.S.C. §§1332 and 1441, et seq.

Defendant TARGET CORPORATION states that removal is proper for the following reasons:

1.    On April 27, 2021 there was filed in the Superior Court of the State of California, County of Kern, the civil action bearing the title ,"Tammy Gutierrez v. Target Corporation, et al ", bearing Case No. BCV-21-100947, in the records and files of that Court.  (RJN, ¶1, Ex. 1.)

**REMOVAL JURISDICTION**

2. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one that may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

**CITIZENSHIP**

3. Defendant TARGET CORPORATION is now, and was at the time the State Court action was filed, a Minnesota corporation with its principal place of business in Minneapolis, Minnesota. (Denno Dec., ¶3, Exs. A-1 and A-2".)

4. Plaintiff Tammy Gutierrez, is now, and was at the time the State Court action was filed, a citizen of the County of Kern, in the State of California where the subject of the dispute which gives rise to this action occurred. (RJN, ¶1, Ex. 1, Denno Dec., ¶7.)

5. Citizenship of the remaining defendants, all of which have been sued under fictitious names, should be disregarded pursuant to 28 U.S.C. § 1441(a).

**AMOUNT IN CONTROVERSY**

6. This action is being removed to Federal Court on the basis that this is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00.

7. Plaintiffs allege in their Complaint that the "amount of damages is…"according to proof, or in the alternative of not less than 1 million dollars…" (RJN, ¶1, Ex. 1.)

8. It is facially apparent from the Complaint that the claims are alleged to exceed $75,000. This matter arises out of an incident at the Target premises wherein Plaintiff claims to have been injured when a beverage fell off a shelf and onto her foot. Plaintiff seeks recovery of wage loss, hospital and medical expenses, general damage, and loss of future earnings capacity.

9. Based on Plaintiff's prayer for damages, they are clearly seeking damages in excess of $75,000, therefore removal is proper in this instance. White v. FCI USA, Inc., 319 F.3d 672, 674 (5th Cir. 2003); Luckett v. Delta Airlines, Inc. 171 F.3d 295, 298 (5th Cir. 1999); Sanchez v.

Monumental Life Ins. Co., 95 F.3d 856, 860 (9th Cir. 1996).

10. Since it is facially apparent from Plaintiff's Complaint that she is seeking damages in an amount in excess of $75,000.00, it is clear by a preponderance of the evidence that the amount in controversy in this action is in excess of $75,000.00.

### TIMELINESS OF REMOVAL

11. A notice of removal must be filed within 30 days after receipt by the defendant of the initial pleading setting forth the claim for relief upon which the action is based. 28 U.S.C. §1446(b). The third-day period for removal does not begin to run until a party has received a copy of the Complaint and has been properly served. See Murphy Brothers, Inc. and Michetti Pipe Stringing, Inc., 526 U.S. 344, 347-348 (1999). Target's response was due after service of the Complaint on December 30, 2021. (Denno Dec. ¶6.) Therefore, this Notice of Removal is timely filed under 28 U.S.C. §1446(b) because it is filed within one year of the commencement of this action and within the time for Target to respond to the Summons and Complaint.

### VENUE

15. The United States District Court for the Eastern District of California is a proper venue in that the action being removed was filed in the Superior Court of the State of California, County of Kern.

16. Attached to the accompanying Request for Judicial Notice filed concurrently herewith and marked as Exhibits "1"-"3" respectively are true and correct copies of Plaintiff's Complaint, the Summons, and the Notice to Superior Court of Removal to Federal Court. The foregoing represents all processes, pleadings, orders and records served upon Defendant or filed by Defendant in this action in the Superior Court of the State of California, County of Kern.

17. A Notice of Removal and Notice to Adverse Party of Removal to Federal Court are being filed concurrently herewith in the Superior Court of the State of California, County of Kern, and is concurrently being served on Plaintiffs. (Denno Dec. ¶4-5, Ex. "B" and "C".)

WHEREFORE, Defendant Target prays that this action be removed to the United States District Court in and for the Eastern District of California, from the Superior Court of the State of California, County of Kern.

Dated: December 29, 2021

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Dana B. Denno
Dana B. Denno
Attorneys for Defendant, TARGET CORPORATION

040385-000008 8121738.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

4

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (b) (DIVERSITY)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On December 29, 2021, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (B) (DIVERSITY)** on the interested parties in this action as follows:

Norman Gregory Fernandez, Esq.　　　　　Attorney for Plaintiff, TAMMY GUTIERREZ
LAW OFFICE OF NORMAN GREGORY FERNANDEZ
18685 Main Street #101-193
Huntington Beach, CA 92648
Telephone: 800-816-1529
Email: norman@ngflaw.com

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is alejandra.zepeda@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 29, 2021, at Fresno, California.

　　　　　　　　　　　　　　　　　　　　　　　　　Alejandra Zepeda