McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Dana B. Denno, #227971
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TAMMY GUTIERREZ,<br><br>          Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION and DOES 1 through 25, inclusive,<br><br>          Defendant. | Case No.<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(B) (DIVERSITY)** |

Defendant, Target Corporation, requests that this Court take judicial notice of the pleadings and other court filings identified below. Federal Rule of Evidence 201(b) provides:

> A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

(*Id*.)

Judicial notice may be taken of documents filed and orders or decisions entered in any federal or state court. Holder v. Holder, 305 F.3d 854, 866 (9th Cir. 2002); Doran v. Eckold, 409 F.3d 958, 962, fn. 1 (8th Cir. 2005); United States v. Warneke, 199 F.3d 906, 909, fn. 1 (7th Cir. 1999).

Accordingly, Target Corporation requests that this Court take judicial notice of the following, which includes a copy of "all process, pleadings, and orders" in the action to be removed pursuant to 28 U.S.C. § 1446(a):

1. The Complaint styled *Tammy Gutierrez v. Target Corporation, and Does 1 through 25, inclusive,* bearing Case No. BCV-21-100947, a copy of which is attached hereto as Exhibit "1".

2. The summons associated with the Complaint styled *Tammy Gutierrez v. Target Corporation, and Does 1 through 25, inclusive,* bearing Case No. BCV-21-100947, a copy of which is attached hereto as Exhibit "2".

3. The Notice to Superior Court of Removal to Federal Court Package filed in the Kern County Superior Court action styled *Tammy Gutierrez v. Target Corporation, and Does 1 through 25, inclusive,* bearing Case No. BCV-21-100947, a copy of which is attached hereto (without exhibits), as Exhibit "3".

Dated: December 29, 2021

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Dana B. Denno
Attorneys for Defendant, TARGET CORPORATION

040385-000008 8121778.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(B) (DIVERSITY)

# "Exhibit 1"

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Norman Gregory Fernandez, Esq. 189402<br>Law Office of Norman Gregory Fernandez<br>18685 Main Street #101-193<br>Huntington Beach CA 92648<br>TELEPHONE NO: 800-816-1529   FAX NO. *(Optional)*: 888-273-0393<br>E-MAIL ADDRESS *(Optional)*: norman@ngflaw.com<br>ATTORNEY FOR *(Name)*: Tammy Gutierrez | **ELECTRONICALLY FILED**<br>4/27/2021 5:52 PM<br>Kern County Superior Court<br>By Wala Khalid, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kern
  STREET ADDRESS: 1415 Truxtun Ave
  MAILING ADDRESS:
  CITY AND ZIP CODE: Bakersfield 93301
  BRANCH NAME: Metro Division

PLAINTIFF: Tammy Gutierrez

DEFENDANT: Target Corporation; and

☑ DOES 1 TO 25, inclusive.

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
  ☐ AMENDED *(Number)*:
Type *(check all that apply)*:
☐ MOTOR VEHICLE   ☑ OTHER *(specify)*: Premises Liability
  ☐ Property Damage   ☐ Wrongful Death
  ☑ Personal Injury   ☐ Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded   ☐ does not exceed $10,000
           ☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER: BCV-21-100947

1. **Plaintiff** *(name or names)*: Tammy Gutierrez
   alleges causes of action against **defendant** *(name or names)*:
   Target Corporation; and Does 1 to 25, inclusive.
2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:
   b. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE:<br>Tammy Gutierrez v. Target Corporation, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* Target Corporation
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1-25 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 1-25 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

| SHORT TITLE: Tammy Gutierrez v. Target Corporation, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☑ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☑ according to proof **, or in the alternative of not less than 1 million dollars for Tammy Gutierrez**
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: April 27, 2021

Norman Gregory Fernandez, Esq.
(TYPE OR PRINT NAME) — (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(4)

| SHORT TITLE: Tammy Gutierrez v. Target Corporation, et al. | CASE NUMBER: |
|---|---|

__ONE_____  CAUSE OF ACTION—Premises Liability      Page __4____
  (number)

ATTACHMENT TO   ☑ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Tammy Gutierrez

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* 4/27/2019         plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*
Plaintiff Tammy Gutierrez was walking past the drink isle in Defendant Target's store, when a bottle of tea fell off the shelf, landed on her toe and crushed her toe causing severe injuries and damages. The loose item that fell off of the shelf and crushed the plaintiff's toe was not only was a dangerous condition that either the defendant created when they stocked the shelves, or in the alternative was a condition that they knew or should have known about and failed to correct or warn about. Further, under the the doctrine of res ipsa loquitur, "The Thing Speaks for Itself," the item was under the control of defendant. The item that fell off the shelf was the actual and proximate cause of Plaintiff's injuries and damages.

Prem.L-2.    ☑ **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Target Corporation; and

☑ Does 1_____ to 25_____

Prem.L-3.    ☐ **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

☐ Does _____ to _____

Plaintiff, a recreational user, was  ☐ an invited guest  ☐ a paying guest.

Prem.L-4.    ☐ **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

☐ Does _____ to _____

a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☑ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
Target Corporation; and

☑ Does 1_____ to 25_____

b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are ☐ described in attachment Prem.L-5.b   ☐ as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

CAUSE OF ACTION—Premises Liability

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

# "Exhibit 2"

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Target Corporation; and Does 1 to 25, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Tammy Gutierrez

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
4/29/2021
Kern County Superior Court
By Wala Khalid, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Metro Division
1415 Truxtun Ave
Bakersfield CA 93301

**CASE NUMBER:**
*(Número del Caso):* BCV-21-100947

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Norman Gregory Fernandez, Esq. 189402    800-816-1529
18685 Main Street #101-193 Huntington Beach CA 92648

DATE: 4/29/2021    **TAMARAH HARBER-PICKENS**    Clerk, by _Wala Khalid_, Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use *Proof of Service of Summons (form POS-010).*)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Target Corporation
   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

# "Exhibit 3"

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Dana B. Denno, #227971
 *dana.denno@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant, TARGET CORPORATION

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF KERN-METRO DIVISION

| | |
|---|---|
| TAMMY GUTIERREZ,<br><br>            Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION and 1-25 INCLUSIVE,<br><br>            Defendant. | Case No. BCV-21-100947<br><br>**NOTICE TO SUPERIOR COURT OF REMOVAL TO FEDERAL COURT**<br><br>Action Filed:        4/27/21 |

TO THE CLERK OF THE ABOVE REFERENCED COURT:

PLEASE TAKE NOTICE that on December 29, 2021, Defendant, TARGET CORPORATION, filed its notice of removal of action under 28 U.S.C. § 1441(b) (Diversity) with the United States District in and for the Eastern District of California, Fresno Division.

Attached hereto and marked as Exhibit "A" is a true and correct copy of the Notice of Removal of the Action to the United States District Court for the Eastern District of California.

Attached hereto and marked as Exhibit "B" is the Notice to Adverse Party of Removal to Federal Court, served concurrently herewith.

1  Dated:  December 29, 2021                McCORMICK, BARSTOW, SHEPPARD,
2                                                                      WAYTE & CARRUTH LLP
3
4                                                           By: _____
                                                                         Dana B. Denno
5                                                           Attorneys for Defendant, TARGET CORPORATION

6  040385-000008 8121785.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
NOTICE TO SUPERIOR COURT OF REMOVAL TO FEDERAL COURT

# PROOF OF SERVICE

**Gutierrez v. Target Corporation**
**Case No. BCV-21-100947**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On December 29, 2021, I served true copies of the following document(s) described as **NOTICE TO SUPERIOR COURT OF REMOVAL TO FEDERAL COURT** on the interested parties in this action as follows:

Norman Gregory Fernandez, Esq.                Attorney for Plaintiff, TAMMY GUTIERREZ
LAW OFFICE OF NORMAN GREGORY FERNANDEZ
18685 Main Street #101-193
Huntington Beach, CA 92648
Telephone: 800-816-1529
Email: norman@ngflaw.com

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is alejandra.zepeda@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 29, 2021, at Fresno, California.

_____
Alejandra Zepeda

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3
NOTICE TO SUPERIOR COURT OF REMOVAL TO FEDERAL COURT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On December 29, 2021, I served true copies of the following document(s) described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(B) (DIVERSITY)** on the interested parties in this action as follows:

Norman Gregory Fernandez, Esq.                Attorney for Plaintiff, TAMMY GUTIERREZ
LAW OFFICE OF NORMAN GREGORY FERNANDEZ
18685 Main Street #101-193
Huntington Beach, CA 92648
Telephone: 800-816-1529
Email: norman@ngflaw.com

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is alejandra.zepeda@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 29, 2021, at Fresno, California.

_____
Alejandra Zepeda