McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Dana B. Denno, #227971
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant, TARGET
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

TAMMY GUTIERREZ,

                    Plaintiff,

          v.

TARGET CORPORATION and DOES 1
through 25, inclusive,

                    Defendant.

Case No.

**DECLARATION OF DANA B. DENNO IN SUPPORT OF TARGET CORPORATION'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(B) (DIVERSITY)**

I, DANA B. DENNO, Declare as follows:

1.       I am a partner of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, and am an attorney of record for the defendant, Target Corporation ("Target"), in this matter. I know the information included herewith of my own personal knowledge and could and would competently testify thereto.

2.       This Declaration is made in support of Target's Notice of Removal.

3.       Defendant Target is incorporated in Minnesota with its principal place of business in Minneapolis, Minnesota.  I obtained this information by review of both the California Secretary of State's website at www.sos.ca.gov, and the Minnesota Secretary of State website at https://mblsportal.sos.state.mn.us/Business/SearchDetails?filingGuid=897f2a7c-a5d4-e011-a886-001ec94ffe7f.  Attached hereto as Exhibit "A-1" and "A-2" respectively, are true and correct copies

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

DECLARATION OF DANA B. DENNO IN SUPPORT OF TARGET CORPORATION'S NOTICE OF REMOVAL
UNDER 28 U.S.C. § 1441(B) (DIVERSITY)

1   I printed on December 29, 2021.

2        4.      A true and correct copy of Target's Notice of Removal filed in the Kern County

3   Superior Court is attached hereto as Exhibit "B," and is concurrently being served on Plaintiff.

4        5.      A true and correct copy of Target's Notice to Adverse Party of Removal to Federal

5   Court is attached hereto as Exhibit "C" and is concurrently being served on Plaintiff.

6        6.      On information and belief, Target was served on or about November 23, 2021.

7   Pursuant to a written email exchange with Plaintiff's counsel on December 23, 2021, Plaintiff's

8   counsel extended Target's time to respond to the Complaint until December 30, 2021.

9        7.      On information and belief, Plaintiff is a resident of Kern County, California.

10       I declare under penalty of perjury under the laws of the United States that the foregoing is

11   true and correct.

12       Executed at Fresno, California on December 29, 2021.

13

14                                                    By: _____

15                                                             Dana B. Denno

16   040385-000008 8121744.1

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2

DECLARATION OF DANA B. DENNO IN SUPPORT OF TARGET CORPORATION'S NOTICE OF REMOVAL
UNDER 28 U.S.C. § 1441(B) (DIVERSITY)

# "Exhibit A-1"

**Dr. Shirley N. Weber**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, December 28, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C0536463    TARGET CORPORATION

| | |
|---|---|
| **Registration Date:** | 11/24/1967 |
| **Jurisdiction:** | MINNESOTA |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 1000 NICOLLET MALL<br>MINNEAPOLIS MN 55403 |
| **Entity Mailing Address:** | 1000 NICOLLET MALL<br>MINNEAPOLIS MN 55403 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of November.

| Document Type ⇅ | File Date ⬇ | PDF |
|---|---|---|
| SI-COMPLETE | 11/16/2021 | |
| PUBLICLY TRADED DISCLOSURE | 06/11/2021 | |
| SI-COMPLETE | 03/26/2021 | |
| PUBLICLY TRADED DISCLOSURE | 06/12/2020 | |
| PUBLICLY TRADED DISCLOSURE | 06/21/2019 | |
| PUBLICLY TRADED DISCLOSURE | 06/28/2018 | |
| PUBLICLY TRADED DISCLOSURE | 06/23/2017 | |
| PUBLICLY TRADED DISCLOSURE | 06/21/2016 | |

| Document Type ↑↓ | File Date ↓↑ | PDF |
|---|---|---|
| PUBLICLY TRADED DISCLOSURE | 06/25/2015 | |
| PUBLICLY TRADED DISCLOSURE | 07/18/2014 | |
| PUBLICLY TRADED DISCLOSURE | 06/27/2013 | |
| PUBLICLY TRADED DISCLOSURE | 06/20/2012 | |
| PUBLICLY TRADED DISCLOSURE | 05/31/2011 | |
| PUBLICLY TRADED DISCLOSURE | 06/01/2010 | |
| PUBLICLY TRADED DISCLOSURE | 06/09/2009 | |
| PUBLICLY TRADED DISCLOSURE | 06/19/2008 | |
| PUBLICLY TRADED DISCLOSURE | 06/22/2007 | |
| PUBLICLY TRADED DISCLOSURE | 06/07/2006 | |
| PUBLICLY TRADED DISCLOSURE | 06/23/2005 | |
| PUBLICLY TRADED DISCLOSURE | 12/03/2004 | |
| PUBLICLY TRADED DISCLOSURE | 12/22/2003 | Image unavailable. Please request paper copy. |
| PUBLICLY TRADED DISCLOSURE | 12/05/2003 | Image unavailable. Please request paper copy. |
| PUBLICLY TRADED DISCLOSURE | 11/25/2003 | Image unavailable. Please request paper copy. |
| AMENDED REGISTRATION | 02/11/2000 | |
| AMENDED REGISTRATION | 07/23/1985 | |
| AMENDED REGISTRATION | 07/22/1969 | Image unavailable. Please request paper copy. |
| REGISTRATION | 11/24/1967 | Image unavailable. Please request paper copy. |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.

Case 1:21-cv-01832-NONE-JLT   Document 1-2   Filed 12/29/21

- For descriptions of the various fields and status types refer to Frequently Asked Questions.

| Modify Search | New Search | Back to Search Results |

**"Exhibit A-2"**

---

## Business Record Details »

Minnesota Business Name
### Target Corporation

| | |
|---|---|
| **Business Type** | **MN Statute** |
| Business Corporation (Domestic) | 302A |
| **File Number** | **Home Jurisdiction** |
| 11-AA | Minnesota |
| **Filing Date** | **Status** |
| 02/11/1902 | Active / In Good Standing |
| **Renewal Due Date** | **Registered Office Address** |
| 12/31/2022 | 1010 Dale St N |
| | St Paul, MN 55117–5603 |
| | USA |
| **Number of Shares** | **Registered Agent(s)** |
| 6,005,000,000 | C T Corporation System |
| **Chief Executive Officer** | **Principal Executive Office Address** |
| BRIAN C CORNELL | 1000 Nicollet Mall |
| 1000 Nicollet Mall | Mpls, MN 55403 |
| Mpls, MN 55403 | USA |
| USA | |

---

**Filing History**

# Filing History

Select the item(s) you would like to order: [ Order Selected Copies ]

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | | | |
| ☐ | 02/11/1902 | Original Filing - Business Corporation (Domestic) | |
| | 02/11/1902 | Business Corporation (Domestic) Business Name (Business Name: Goodfellow Dry Goods Co.) | |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 05/25/1903 | Business Corporation (Domestic) Business Name (Business Name: Dayton Dry Goods Co.) | |
| ☐ | 05/17/1911 | Business Corporation (Domestic) Business Name (Business Name: The Dayton Company) | |
| ☐ | 08/04/1915 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 02/04/1919 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 11/29/1922 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 07/25/1928 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 08/12/1931 | Business Corporation (Domestic) Duration | |
| ☐ | 02/16/1939 | Amendment - Business Corporation (Domestic) | |
| ☐ | 07/25/1939 | Amendment - Business Corporation (Domestic) | |
| ☐ | 03/18/1949 | Business Corporation (Domestic) Duration | |
| ☐ | 12/30/1950 | Consent to Use of Name - Business Corporation (Domestic) | |
| ☐ | 07/28/1955 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 12/31/1958 | Merger - Business Corporation (Domestic) | |
| | 12/31/1958 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 02/02/1959 | Merger - Business Corporation (Domestic) | |
| ☐ | 04/30/1963 | Amendment - Business Corporation (Domestic) | |
| ☐ | 09/02/1964 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 03/02/1966 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 12/06/1966 | Amendment - Business Corporation (Domestic) | |
| ☐ | 01/27/1967 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 05/29/1967 | Consent to Use of Name - Business Corporation (Domestic) | |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 07/28/1967 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 09/06/1967 | Business Corporation (Domestic) Business Name (Business Name: Dayton Corporation) | |
| | 09/06/1967 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 11/24/1967 | Merger - Business Corporation (Domestic) | |
| ☐ | 12/08/1967 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 05/07/1968 | Merger - Business Corporation (Domestic) | |
| ☐ | 02/13/1969 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 03/18/1969 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 05/22/1969 | Amendment - Business Corporation (Domestic) | |
| ☐ | 06/20/1969 | Business Corporation (Domestic) Business Name (Business Name: Dayton-Hudson Corporation) | |
| ☐ | 07/23/1970 | Amendment - Business Corporation (Domestic) | |
| ☐ | 06/16/1972 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 01/04/1974 | Merger - Business Corporation (Domestic) | |
| ☐ | 04/25/1975 | Merger - Business Corporation (Domestic) | |
| ☐ | 04/25/1975 | Merger - Business Corporation (Domestic) | |
| ☐ | 01/27/1976 | Merger - Business Corporation (Domestic) | |
| ☐ | 04/27/1976 | Merger - Business Corporation (Domestic) | |
| ☐ | 02/01/1977 | Merger - Business Corporation (Domestic) | |
| ☐ | 05/24/1978 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 06/24/1982 | Business Corporation (Domestic) Active Status Report | |
| ☐ | 11/22/1982 | Merger - Business Corporation (Domestic) | |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 05/26/1983 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 04/19/1984 | Consent to Use of Name - Business Corporation (Domestic) | |
| ☐ | 05/31/1985 | Business Corporation (Domestic) Restated Articles | |
| | 05/31/1985 | Business Corporation (Domestic) Business Name (Business Name: Dayton Hudson Corporation) | |
| ☐ | 01/15/1986 | Merger - Business Corporation (Domestic) | |
| ☐ | 05/30/1986 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 09/23/1986 | Amendment - Business Corporation (Domestic) | |
| ☐ | 06/03/1987 | Amendment - Business Corporation (Domestic) | |
| ☐ | 05/25/1988 | Amendment - Business Corporation (Domestic) | |
| ☐ | 01/11/1990 | Business Corporation (Domestic) Other | |
| ☐ | 06/21/1996 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 09/12/1996 | Business Corporation (Domestic) Other | |
| ☐ | 09/18/1997 | Merger - Business Corporation (Domestic) | |
| ☐ | 01/28/1998 | Merger - Business Corporation (Domestic) | |
| ☐ | 04/10/1998 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 09/11/1998 | Business Corporation (Domestic) Other | |
| ☐ | 01/13/2000 | Business Corporation (Domestic) Business Name (Business Name: Target Corporation) | |
| | 01/13/2000 | Merger - Business Corporation (Domestic) | |
| ☐ | 01/28/2000 | Merger - Business Corporation (Domestic) | |
| ☐ | 01/28/2000 | Merger - Business Corporation (Domestic) | |
| ☐ | 01/28/2000 | Consent to Use of Name - Business Corporation (Domestic) | |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 06/16/2000 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 11/17/2000 | Merger - Business Corporation (Domestic) | |
| ☐ | 09/18/2001 | Business Corporation (Domestic) Other | |
| ☐ | 02/21/2002 | Business Corporation (Domestic) Restated Articles | |
| | 02/21/2002 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 12/23/2002 | Merger - Business Corporation (Domestic) | |
| ☐ | 01/31/2003 | Merger - Business Corporation (Domestic) | |
| ☐ | 04/20/2005 | Merger - Business Corporation (Domestic) | |
| ☐ | 06/14/2005 | Merger - Business Corporation (Domestic) | |
| ☐ | 08/31/2005 | Merger - Business Corporation (Domestic) | |
| ☐ | 10/27/2005 | Business Corporation (Domestic) Other | |
| ☐ | 10/28/2005 | Merger - Business Corporation (Domestic) | |
| ☐ | 10/28/2005 | Merger - Business Corporation (Domestic) | |
| ☐ | 11/09/2005 | Merger - Business Corporation (Domestic) | |
| ☐ | 11/22/2005 | Merger - Business Corporation (Domestic) | |
| ☐ | 07/13/2006 | Merger - Business Corporation (Domestic) | |
| ☐ | 05/24/2007 | Amendment - Business Corporation (Domestic) | |
| ☐ | 05/24/2007 | Business Corporation (Domestic) Other | |
| ☐ | 06/17/2008 | Merger - Business Corporation (Domestic) | |
| ☐ | 01/27/2009 | Merger - Business Corporation (Domestic) | |
| ☐ | 06/10/2010 | Business Corporation (Domestic) Restated Articles | |
| ☐ | 11/22/2010 | Merger - Business Corporation (Domestic) | |
| ☐ | 4/30/2015 | Merger Survivor - Business Corporation (Domestic) | 5/1/2015 12:01 AM |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 10/12/2015 | Merger Survivor - Business Corporation (Domestic) | 10/16/2015 12:01 AM |
| ☐ | 1/27/2016 | Merger Survivor - Business Corporation (Domestic) | 1/30/2016 11:59 PM |
| ☐ | 1/28/2016 | Merger Survivor - Business Corporation (Domestic) | 1/30/2016 11:59 PM |
| ☐ | 4/18/2016 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 9/16/2016 | Registered Office and/or Agent - Business Corporation (Domestic) | |

© 2021 Office of the Minnesota Secretary of State - **Terms & Conditions**

The Office of the Secretary of State is an equal opportunity employer

✉ **Subscribe for email updates!**

# EXHIBIT "B"

1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Dana B. Denno, #227971
     *dana.denno@mccormickbarstow.com*
3  7647 North Fresno Street
   Fresno, California 93720
4  Telephone:     (559) 433-1300
   Facsimile:     (559) 433-2300
5
   Attorneys for Defendant, TARGET
6  CORPORATION

7

8                  SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                     COUNTY OF KERN-METRO DIVISION

10

11 TAMMY GUTIERREZ,                    | Case No. BCV-21-100947

12              Plaintiff,             | **NOTICE TO SUPERIOR COURT OF
                                       | REMOVAL TO FEDERAL COURT**
13        v.
                                       | Action Filed:        4/27/21
14 TARGET CORPORATION and 1-25
   INCLUSIVE,
15
                Defendant.
16

17        TO THE CLERK OF THE ABOVE REFERENCED COURT:

18        PLEASE   TAKE   NOTICE   that   on   December   29,   2021,   Defendant,   TARGET

19 CORPORATION, filed its notice of removal of action under 28 U.S.C. § 1441(b) (Diversity) with

20 the United States District in and for the Eastern District of California, Fresno Division.

21        Attached hereto and marked as Exhibit "A" is a true and correct copy of the Notice of

22 Removal of the Action to the United States District Court for the Eastern District of California.

23        Attached hereto and marked as Exhibit "B" is the Notice to Adverse Party of Removal to

24 Federal Court, served concurrently herewith.

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

1    Dated:  December 29, 2021                    McCORMICK, BARSTOW, SHEPPARD,
2                                                        WAYTE & CARRUTH LLP

3
                                            By:
4                                                        Dana B. Denno
5                                   Attorneys for Defendant, TARGET CORPORATION

6    040385-000008 8121785.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

### Gutierrez v. Target Corporation
### Case No. BCV-21-100947

3

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

4

5       At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Fresno, State of California.  My business address is 7647 North Fresno Street, Fresno, CA 93720.

6

7       On December 29, 2021, I served true copies of the following document(s) described as **NOTICE TO SUPERIOR COURT OF REMOVAL TO FEDERAL COURT** on the interested parties in this action as follows:

8

Norman Gregory Fernandez, Esq.                    Attorney for Plaintiff, TAMMY GUTIERREZ

9       LAW OFFICE OF NORMAN GREGORY FERNANDEZ

10       18685 Main Street #101-193
Huntington Beach, CA 92648

11       Telephone: 800-816-1529
Email: norman@ngflaw.com

12

13       **BY ELECTRONIC SERVICE (E-MAIL):**  Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is

14       alejandra.zepeda@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List.  I did not receive, within a reasonable

15       time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

16

17       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

18       Executed on December 29, 2021, at Fresno, California.

19

20       _____

Alejandra Zepeda

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3

NOTICE TO SUPERIOR COURT OF REMOVAL TO FEDERAL COURT

# EXHIBIT "C"

1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Dana B. Denno, #227971
     *dana.denno@mccormickbarstow.com*
3  7647 North Fresno Street
   Fresno, California 93720
4  Telephone:     (559) 433-1300
   Facsimile:     (559) 433-2300
5
   Attorneys for Defendant, TARGET
6  CORPORATION

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   COUNTY OF KERN-METRO DIVISION

10

11  TAMMY GUTIERREZ,                    Case No. BCV-21-100947

12              Plaintiff,              **NOTICE TO ADVERSE PARTY OF
                                        REMOVAL TO FEDERAL COURT**
13        v.
                                        Action Filed:        4/27/21
14  TARGET CORPORATION and 1-25
    INCLUSIVE,
15
                Defendant.
16

17        TO PLAINTIFF TAMMY GUTIERREZ AND HER ATTORNEY OF RECORD:

18        PLEASE TAKE NOTICE that on December 29, 2021, Defendant, TARGET

19  CORPORATION, filed its Notice of Removal of Action under 28 U.S.C. § 1441(b) (Diversity) with

20  the United States District in and for the Eastern District of California, Fresno Division.

21

22

23  Dated:  December 29, 2021            McCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH LLP
24

25
                                        By:
26
                                                 Dana B. Denno
27                                      Attorneys for Defendant, TARGET CORPORATION

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

                                        1
          NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Fresno, State of California.  My business address is 7647 North Fresno Street, Fresno, CA 93720.

On December 29, 2021, I served true copies of the following document(s) described as **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** on the interested parties in this action as follows:

Norman Gregory Fernandez, Esq.                    Attorney for Plaintiff, TAMMY GUTIERREZ
LAW OFFICE OF NORMAN GREGORY
FERNANDEZ
18685 Main Street #101-193
Huntington Beach, CA 92648
Telephone: 800-816-1529
Email: norman@ngflaw.com

**BY ELECTRONIC SERVICE (E-MAIL):**  Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is alejandra.zepeda@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 29, 2021, at Fresno, California.

_____
Alejandra Zepeda

040385-000008 8121790.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1

**PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

3

   At the time of service, I was over 18 years of age and **not a party to this action**.  I am

4

employed in the County of Fresno, State of California.  My business address is 7647 North Fresno Street, Fresno, CA 93720.

5

   On December 29, 2021, I served true copies of the following document(s) described as

6

**DECLARATION OF DANA B. DENNO IN SUPPORT OF TARGET CORPORATION'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(B) (DIVERSITY)** on the interested parties

7

in this action as follows:

8

Norman Gregory Fernandez, Esq.                 Attorney for Plaintiff, TAMMY GUTIERREZ
LAW OFFICE OF NORMAN GREGORY FERNANDEZ

9

18685 Main Street #101-193
Huntington Beach, CA 92648

10

Telephone: 800-816-1529
Email: norman@ngflaw.com

11

12

   **BY ELECTRONIC SERVICE (E-MAIL):**  Based on a court order or an agreement of the

13

parties to accept electronic service, my electronic service address is alejandra.zepeda@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List.  I did not receive, within a reasonable

14

time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

15

   **BY CM/ECF NOTICE OF ELECTRONIC FILING:**   I electronically filed the

16

document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who

17

are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

18

   I declare under penalty of perjury under the laws of the United States of America that the

19

foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

20

   Executed on December 29, 2021, at Fresno, California.

21

22

23

_____
Alejandra Zepeda

24

25

26

27

28

DECLARATION OF DANA B. DENNO IN SUPPORT OF TARGET CORPORATION'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(B) (DIVERSITY)