**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMY GUTIERREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>        Defendant. | Case No.: 1:21-cv-01832-JLT-BAK (HBK)<br><br>ORDER GRANTING *NUNC PRO TUNC* PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SUBSTITUION<br><br>(Doc. No. 21)<br><br>ORDER GRANTING SUBSTITUTION OF ATTORNEY<br><br>(Doc. No. 20) |

On April 18, 2022,[1] *pro se* Plaintiff Tammy Gutierrez filed a motion for extension of time to comply with the Court's March 9, 2022, Order directing her to file a notice of substitution or advise the Court whether she was proceeding *pro se*. (Doc. No. 21). On April 15, 2022, Plaintiff Tammy Gutierrez filed a motion to substitute Igor Fradkin, Esq., with Downtown L.A. Law Group, in place of *pro se* Plaintiff. (Doc. No. 20). For good cause shown, the Court grant's *pro se* Plaintiff's motion for an extension of time *nunc pro tunc*.

Accordingly, it is **ORDERED**:

---

[1] Although docketed on April 18, 2022, the pro se Motion was mailed and is dated March 31, 2022.

1

1. Plaintiff's motion for extension of time to file a notice of substitution is GRANTED (Doc. No. 21) *nunc pro tunc.*

2. Plaintiff's motion to substitute Attorney Igor Fradkin as attorney of record in place of *pro se* Plaintiff Gutierrez (Doc. No. 20) is GRANTED.

3. The Clerk of Court shall update the docket to reflect the substitution of Attorney Igor Fradkin in *pro se* Plaintiff's stead.

Dated:   May 2, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE