UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY GUTIERREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 1:21-cv-01832-JLT-CDB<br><br>ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE PARTIES' FAILURE TO COMPLY<br><br><u>TWO-DAY DEADLINE</u> |

Plaintiff Tammy Gutierrez commenced this action in the Superior Court of the State of California, County of Kern. Defendant Target Corporation removed this action to this Court on December 29, 2021. (Doc. 1). On June 6, 2022, the Court issued a scheduling order setting forth all case management dates through trial. (Doc. 24).

By August 9, 2023, discovery in this action closed and no party had filed any dispositive motion by the scheduled deadline. (Doc. 36). The Court issued an order requiring the parties to meet and confer on whether a settlement conference would be fruitful. *Id*. Further, within 10 days of the date of that order, the parties were directed to file a joint report (1) certifying completion of good faith discussions consistent with the order, and (2) advising whether a settlement conference before the assigned magistrate judge is requested. *Id*. As of the date of this Order, the parties have failed to file a joint report, and the time to do so has passed.

     Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions…within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000).

     Accordingly, IT IS HEREBY ORDERED that within two days of entry of this order, the parties shall show cause in writing why sanctions, including monetary sanctions or dismissal, should not be imposed for their failure to obey a court order and prosecute the action.

     Failure to comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: __**August 22, 2023**__               _____
                                                                 UNITED STATES MAGISTRATE JUDGE