UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TAMMY GUTIERREZ,<br><br>   Plaintiff,<br><br>   v.<br><br>TARGET CORPORATION,<br><br>   Defendant. | Case No. 1:21-cv-01832-JLT-CDB<br><br>ORDER DISCHARGING AUGUST 22, 2023, ORDER TO SHOW CAUSE<br><br>(Doc. 37)<br><br>ORDER REQUIRING PARTIES TO IDENTIFY DATES FOR SETTLEMENT CONFERENCE |
|---|---|

On August 22, 2023, the Court ordered the parties to show cause why sanctions should not be imposed for their failure to file a joint report regarding settlement conference. (Doc. 37). On August 23, 2023, the parties filed a joint statement and Defendant Target Corporation ("Defendant") filed a response to the order to show cause. (Docs. 38-39). Counsel for Defendant represents that while he timely commenced meet/confer with his client and Plaintiff in response to the Court' order requiring good faith discussions about settlement, counsel was unable to reach and complete discussions with his client representative until August 23, 2023. (Doc. 39).

To determine whether neglect is excusable, a court must consider four factors: "(1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential impact on the proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith." *In*

1

*re Veritas Software Corp. Sec. Litig.*, 496 F.3d 962, 973 (9th Cir. 2007).  The Court finds Counsel for Defendant's representations in his response demonstrate that the parties' failure to follow the Court's orders constitute excusable neglect.  Moreover, the parties now have followed the Court's order and filed a joint statement on the settlement conference.  (Doc. 38).

Accordingly, its is HEREBY ORDERED, the Court's August 22, 2023, Order to Show Cause is DISCHARGED.

It is FURTHER ORDERED that the parties shall identify two dates/times of mutual availability to convene for settlement conference and transmit those dates to the undersigned's Courtroom Deputy (Shall@caed.uscourts.gov) within seven days of entry of this Order.

Concerning the timing of the settlement conference, the Court reminds the parties that their joint pretrial statement must be submitted to the assigned district judge no later than October 16, 2023.  (*See* Doc. 24 p. 5).

IT IS SO ORDERED.

Dated:   **August 24, 2023**

UNITED STATES MAGISTRATE JUDGE